UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                      Case No. 07-cr-60-PB

**Peter Thomas**

**O R D E R**

    The defendant, through counsel, has moved to continue the May 1, 2007 trial in the above case, citing the need for additional time to complete discovery and prepare a defense or engage in plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to July 10, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 25, 2007 final pretrial conference is continued to June 26, 2007 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 19, 2007

cc: Jonathan Saxe, Esq.
Alfred Rubega, AUSA
Peter Papps, Esq.
United States Probation
United States Marshal